# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official __Hea__ Date __10-1-12__ Trial Day __1__ Case No. __11 cv 171__

__Truman Entertainment__ vs. __City of Pevely__

Parties present for:   JURY TRIAL   (NON JURY TRIAL)
COURT REPORTER: __A. D.__

Attorney(s) for Plaintiff(s) __R. Kister__
Attorney(s) for Defendant(s) __D. Korum__

Jury impaneled and sworn.       Opening Statements of Plaintiff and Defendant made.
✓ Plaintiff's evidence commenced, resumed ☒ and ☐ but not ☒ concluded.
✓ Defendant's evidence commenced ☐ resumed ☐ and ☐ but not concluded.
☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.
☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.
☐ Oral ☒ Written Motion for Judgment as a Matter of Law at the close of pltff's case
☐ filed ☒ made/argued by ☐ pltf(s) ☒ deft(s) ☐ and is ☒ Overruled/Denied ☐ Sustained ☐
Court's ruling reserved   ☐ taken under submission   ☐ taken with the case.
☐ Closing Arguments of counsel made.   ☐ Case taken under advisement.
☐ (Simultaneous) briefs due _____   ☐ Case is settled. Dismissal papers due _____.
☐ Jury charged and retires to consider its verdict(s) at ____ am/pm   ☐ Verdict returned at
_____ am/pm
☐ Jury having been given a special verdict in the form of written interrogatories for finding of
fact, retires to consider its verdict(s) at ____ am/pm   ☐ Verdict(s) returned at ____ am/pm
☐ Jury unable to agree upon its verdict(s) by ___ am/pm is excused to resume deliberations ____
at ___ am/pm ☐ The Court declares a MISTRIAL.   ☐ Trial is reset_____.
☐ On motion of ☐ plaintiff ☐ defendant ☐ Court the jury is polled.
Proceedings to continue _____ at _____ am/pm
☐ Judgment is entered accordingly this date.

A Mtn. to reconsider #57; heard; Denied as Moot.

PROCEEDINGS COMMENCED __9:45 - 12:45__ CONCLUDED: __2:00 - 4:30__